IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § § § § | CASE NO. 15-31634 |
| MILTON R. CUTLER, | | |
| | | CHAPTER 11 |
| *Debtor.* | | |

| | | |
|---|---|---|
| ANNA AND JOHN CICUR, | § § § § § § § § § § § § | |
| *Plaintiffs,* | | |
| v. | | ADVERSARY NO. 15-03181 |
| MILTON R. CUTLER AND CUTLER LAW GROUP, PC, | | |
| *Defendants.* | | |

### JOINT STIPULATION OF DISMISSAL OF ADVERSARY PROCEEDING AND DEFENDANTS MILTON R. CUTLER AND CUTLER LAW GROUP, P.C. WITH PREJUDICE

Anna and John Cicur (the "Cicurs" or "Plaintiffs") file this Stipulation of Dismissal of Adversary Proceeding and Defendants Milton R. Cutler and Cutler Law Group, P.C. With Prejudice (the "Stipulation") pursuant to Fed. R. Bankr. P. 7041 and Fed. R. Civ. P. 41(a)(1)(A)(ii), and respectfully show as follows:

1.  On June 26, 2015, the Cicurs initiated this adversary proceeding by filing their *Complaint for Damages Based on Violations of Securities' Laws, Fraud, Fraudulent Inducement, Fraudulent Concealment, Breach of Fiduciary Duty, Negligence, Negligent Misrepresentation, Professional Negligence and Malpractice, Non-Dischargeability and Other Relief* (the "Complaint") [Docket No. 1].

2. Defendants Milton R. Cutler and Cutler Law Group, P.C. filed their answer to the Complaint on August 5, 2015 [Docket No. 9]. And on the same date, Defendants filed their motion to dismiss [Docket No. 10]. Defendants additionally filed an Emergency Motion for Leave to File Counterclaim [Docket No. 16], to which the Plaintiffs filed an Objection [Docket No. 17].

3. With this Stipulation, the parties seek to dismiss this adversary proceeding (along with all pending motions) with prejudice under Fed. R. Bankr. P. 7041 and Fed. R. Civ. P. 7041(a)(1)(A)(ii) as to the following Defendants, who are all of the defendants in this case: (i) Milton R. Cutler; and (ii) Cutler Law Group, P.C.; and as to counter-claims asserted by Defendants against Plaintiffs.

Dated: September 18, 2015

Respectfully submitted,

/s/ Jeff E. Whitfield
Jeff E. Whitfield
Texas Bar I.D. 24060825
Katherine T. Hopkins
Texas Bar I.D. 24070737
**KELLY HART & HALLMAN LLP**
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: 817/332-2500
Telecopy: 817/878-9280

**ATTORNEYS FOR PLAINTIFFS**

/c/ C. Zan Pritchard
C. Zan Pritchard
Texas Bar I.D. 24028084
**LAW OFFICE OF C. ZAN PRITCHARD, PLLC**
2002 Saddlehorn Trail
Katy, Texas 77494
Telephone: 832/304-2248
Telecopy: 832/260-0677

**ATTORNEY FOR DEFENDANTS**