

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**ENTERED**
**09/21/2015**

| | | |
|---|---|---|
| IN RE: | § § | CASE NO. 15-31634 |
| MILTON R. CUTLER, | § § | CHAPTER 11 |
| *Debtor.* | § | |

| | | |
|---|---|---|
| ANNA AND JOHN CICUR, | § § | |
| *Plaintiffs,* | § § | |
| v. | § § | ADVERSARY NO. 15-03181 |
| MILTON R. CUTLER AND CUTLER LAW GROUP, PC, | § § § | |
| *Defendants.* | § | |

## ORDER DISMISSING ADVERSARY PROCEEDING

On this day the Court considered the Joint Stipulation of Dismissal with prejudice of the above-captioned Adversary Proceeding and the Defendants Milton R. Cutler and Cutler Law Group, P.C. and found that it should be granted.

It is **ORDERED** that all of the claims and causes of action of Plaintiffs against Defendants Milton R. Cutler and Cutler Law Group, P.C. and counter-claims and causes of action of Defendants Milton R. Cutler and Cutler Law Group, P.C. against Plaintiffs are hereby dismissed with prejudice and that the parties shall bear their own costs.

This is a final order, disposing of all parties, all claims and all causes of action.

Signed: September 21, 2015.

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

**APPROVED AND**
**ENTRY REQUESTED:**

<table>
<tr><td>

/s/ Jeff. E. Whitfield
Jeff E. Whitfield
Texas Bar I.D. 24060825
Katherine T. Hopkins
Texas Bar I.D. 24070737
**KELLY HART & HALLMAN LLP**
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: 817/332-2500
Telecopy: 817/878-9280

**ATTORNEYS FOR PLAINTIFFS**

</td><td>

/s/ C. Zan Pritchard
C. Zan Pritchard
Texas Bar I.D. 24028084
**LAW OFFICE OF C. ZAN PRITCHARD, PLLC**
2002 Saddlehorn Trail
Katy, Texas 77494
Telephone:   832/304-2248
Telecopy:    832/260-0677

**ATTORNEY FOR DEFENDANTS**

</td></tr>
</table>