

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

**ENTERED**
**08/28/2015**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **Milton R. Cutler** | § | **CASE NO. 15-31634** |
| | § | |
| | § | **Chapter 11** |
| **Debtor** | § | |

**AMENDED AGREED ORDER REGARDING**
**DEBTOR'S EXEMPTION IN HOMESTEAD PROPERTY**
(Docket No. 31)

Upon review and consideration of the *Stipulation Regarding Objection to Claimed*

*Exemptions* filed jointly in this case by the Debtor and creditor Business Loan Center, LLC

("**BLC**"), the Court finds and concludes that, with respect to the real property located at 4822

Linden, Bellaire, Texas 77401 (the "**Property**"):

- The Debtor purchased the Property fewer than 1215 days prior to the Petition Date, and no proceeds from the sale of the Debtor's previous principal residence were applied toward the purchase of the Property.

- The Debtor applied $221,350 in non-exempt funds (the "**Downpayment**") to purchase the Property.

- Bankruptcy Code § 522(p) limits the value of the Debtor's exemption in the Property to a monetized exemption of $155,675.

- The Downpayment exceeds the exemption limit by $65,675.

The Court therefore, **ORDERS** that:

- Equity in the Property up to $155,675 is exempt, pursuant to Bankruptcy Code § 522(p);

- Equity in the Property in excess of $155,675 up to $221,350, if any, is *not* exempt;

- Equity in the Property in excess of $221,350, if any, *is* exempt, as such equity represents appreciation in the value of the Property which is not subject to the limitations of Bankruptcy Code § 522(p).

**Signed:  August 28, 2015.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

APPROVED:

SPECTOR & JOHNSON, PLLC
by: */s/ Nathan M. Johnson*
Nathan M. Johnson
TBA #0787779
12770 Coit Road, Suite 1100
Dallas, Texas 75251
972.239.4260
FAX: 214.237.3380
njohnson@spectorjohnson.com

***Counsel for Business Loan Center, LLC***


*/s/ C. Zan Pritchard*
TSB No. 24028084
2002 Saddlehorn Trail
Katy, TX 77494
Phone: 832.304.2248
Fax: 832.260.0677
zpritchard@zanpritchardlaw.com

***Counsel for Debtor Milton R. Cutler***

AMENDED AGREED ORDER REGARDING DEBTOR'S EXEMPTION IN HOMESTEAD PROPERTY
– Page 2 of 2